

United States District Court
Eastern District of California

| AMANDA M. ALCANTAR |
|---|
| Plaintiff(s) |

Case Number: 2:23-cv-01609-KJM-CKD

V.

| FLAGSTAR BANK, N.A. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason E. Manning hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Flagstar Bank, N.A.

On June 4, 2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 9/7/23          Signature of Applicant: /s/ Jason E. Manning
                                                Jason E. Manning

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jason E. Manning |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 222 Central Park Avenue |
| | Suite 2000 |
| City: | Virginia Beach    State: Virginia    Zip: 23462-3038 |
| Phone Number w/Area Code: | 757.687.7500 |
| City and State of Residence: | Virginia Beach, Virginia |
| Primary E-mail Address: | jason.manning@troutman.com |
| Secondary E-mail Address: | mindy.sinclair@troutman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Elizabeth Holt Andrews |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 333 Twin Dolphin Drive |
| | Suite 400 |
| City: | Redwood City    State: California    Zip: 94065-1434 |
| Phone Number w/Area Code: | 650.802.3611    Bar # 263206 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 8, 2023

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE