**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:    (800) 400-6808
Facsimile:     (800) 520-5523

[Additional Counsel on Signature Line]

*Attorneys for Plaintiff,*
Amanda Alcantar

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA M. ALCANTAR, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>FLAGSTAR BANK, N.A.,<br><br>            Defendant. | Case No.: 2:23-cv-01609-KJM-CKD<br><br>**JOINT STIPULATION TO SEAL**<br><br>**Courtroom**: 3, 15th Floor<br>**Judge**: Hon. Kimberly J. Mueller |

Plaintiff, Amanda M. Alcantar ("Plaintiff"), and defendant, Flagstar Bank, N.A. ("Defendant") (together, the "Parties"), by and through their undersigned attorneys, hereby submit the following joint stipulation with reference to the following facts and recitals.

WHEREAS, on October 5, 2023, Defendant filed its Amended Answer (Dkt. No. 18);

WHEREAS, Defendant attached several exhibits to its Amended Answer, i.e., Exhibits A through F (Dkt. Nos. 18-1, 18-2, 18-3, 18-4, 18-5, and 18-6);

WHEREAS the exhibits attached to Defendant's Amended Answer disclosed Plaintiff's full residential home address, including street number, street address, city and zip code;

WHEREAS, on November 3, 2023, Defendant filed a noticed Motion for Judgment on the Pleadings set to be heard before this Court on December 8, 2023 (Dkt. No. 20);

WHEREAS Exhibit A to Defendant's Motion for Judgment on the Pleadings similarly disclosed Plaintiff's full residential home address, including street number, street address, city and zip code by attaching as an exhibit a publicly recorded mortgage and promissory note (Dkt. No. 20-1);

WHEREAS, on November 16, 2023, Plaintiff's counsel contacted Defendant's counsel via email regarding the inclusion of Plaintiff's home address on the above-mentioned documents Defendant filed with the Court;

WHEREAS Plaintiff believes that her home address is sensitive information that should be redacted from the public record to preserve her privacy, notwithstanding Plaintiff's address being publicly recorded in the Placer County property records prior to the instant case;

WHEREAS the Local Rules of this Court only permit redaction of home addresses in criminal cases, and requires that any other redaction – such as Plaintiff desires here – require a Court order. *See* L.R. 140(b) ("No other redactions are permitted unless the Court has authorized the redaction.").

WHEREAS the Parties agree to sealing Dkt. Nos. 18-1, 18-2, 18-3, 18-4, 18-5, 18-6, and 20-1 and permitting Defendant to resubmit versions of those documents with redactions of Plaintiff's home address;

WHEREAS redacting Plaintiff's home address from the public record would not prejudice Defendant or the public in this putative class action;

NOW, THEREFORE, the undersigned Parties hereby stipulate to sealing Dkt. Nos. 18-1, 18-2, 18-3, 18-4, 18-5, 18-6, and 20-1 and permitting Defendant to resubmit versions of those documents with appropriate redactions to Plaintiff's home address within seven (7) days of the Court's order. Unless otherwise ordered by the Court, either of the Parties may redact Plaintiff's home address in future filings in this matter. This stipulation is without prejudice as to either of the Parties with respect to Defendant's pending Motion for Judgment on the Pleadings.

Dated: November 30, 2023            **KAZEROUNI LAW GROUP, APC**

                                    By   */s/ Gil Melili*
                                         Gil Melili, Esq.
                                         *Attorneys for Plaintiff*

Dated: November 30, 2023            **TROUTMAN PEPPER**

                                    **HAMILTON SANDERS LLP**

                                    By   */s/ Kathleen M. Knudsen*
                                         Kathleen M. Knudsen, Esq.
                                         (*admitted pro hac vice*)
                                         *Attorneys for Defendant*

### SIGNATURE CERTIFICATION

I, Gil Melili, Esq., hereby certify that the content of this document is acceptable to all counsel listed above, and that I have obtained their authorization to affix their electronic signatures to this document.

                                    By   */s/ Gil Melili*
                                         Gil Melili, Esq.
                                         *Attorneys for Plaintiff*

**ORDER**

WHEREFORE, the court hereby grants parties' stipulation to sealing Dkt. Nos. 18-1, 18-2, 18-3, 18-4, 18-5, 18-6 and 20-1 and permitting defendant to resubmit versions of those documents with redactions to plaintiff's home address, except for city and zip code, within seven (7) days of this order.

**IT IS SO ORDERED.**

DATED: November 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE